# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>JOHN W. FRAZIER<br>*Defendant(s)* | Case Number: 17-30202-MJR |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
COUNT 1 – 18 USC 2422(b) – Enticement of a Minor

COUNT 2 – 18 USC 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct


Date: December 13, 2017

*Issuing officer's signature* — [signed] Sammy J. Mannis, Deputy Clerk

City and state: East St. Louis, Illinois

JUSTINE FLANAGAN, ACTING CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)