# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois



FILED
VANESSA L. ARMSTRONG, CLERK

DEC 13 2017

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>JOHN W. FRAZIER<br>*Defendant(s)* | Case Number: 17-30202-MJR |



## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
COUNT 1 – 18 USC 2422(b) – Enticement of a Minor

COUNT 2 – 18 USC 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct


Date: December 13, 2017          *Jammy B Mannen, Deputy Clerk*
                                  Issuing officer's signature

City and state: East St. Louis, Illinois        JUSTINE FLANAGAN, ACTING CLERK OF COURT
                                                 *Printed name and title*

### Return

This warrant was received on (date) 12/13/17, and the person was arrested on (date) 12/13/17
at (city and state) Owensboro, KY

Date: 12/13/17
                                          *signature*
                                          Arresting officer's signature

                                          Jeffrey W. Wagner, Special Agent
                                          Printed name and title
                                          HSI

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)

3