# U.S. District Court
## Western District of Kentucky (Owensboro)
## CRIMINAL DOCKET FOR CASE #: 4:17−mj−00026−HBB All Defendants

| | |
|---|---|
| Case title: USA v. Frazier | Date Filed: 12/13/2017 |
| Other court case number: 3:17cr−30202−MJR Southern District of Illinois | Date Terminated: 12/18/2017 |

Assigned to: Magistrate Judge H. Brent Brennenstuhl

**Defendant (1)**

John W. Frazier  represented by  Patrick T. Flaherty
TERMINATED: 12/18/2017                401 Frederica Street, 2nd Floor
                                      Owensboro, KY 42301
                                      270−685−4706
                                      Fax: 270−685−4701
                                      Email: patflahertylaw@yahoo.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*
                                      *Designation: Retained*

**Pending Counts**                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                        **Disposition**

Removal from SD/IL

**Plaintiff**

USA                                   represented by  A. Spencer McKiness
                                                      U.S. Attorney Office − Louisville

717 W. Broadway  
Louisville, KY 40202  
502−582−6006  
Fax: 502−582−5067  
Email: spencer.mckiness@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/13/2017 | | | Arrest (Rule 5) of John W. Fraizer (JM) (Entered: 12/13/2017) |
| 12/13/2017 | 1 | | Case Assignment (Random Selection): Case Assigned to Magistrate Judge H. Brent Brennenstuhl. (JM) (Entered: 12/13/2017) |
| 12/13/2017 | 2 | 3 | Rule 5 Documents Received from SD/IL, Case Number 3:17CR−30202−MJR as to John W. Fraizer (JM) (Entered: 12/13/2017) |
| 12/13/2017 | 3 | 5 | DEFENDANT'S CONSENT TO APPEAR BY VIDEO TELECONFERENCE as to Defendant John W. Frazier. (JM) (Entered: 12/13/2017) |
| 12/13/2017 | 4 | 6 | WAIVER OF RULE 5 & 5.1 HEARINGS by John W. Frazier (JM) (Entered: 12/13/2017) |
| 12/13/2017 | 5 | 7 | WAIVER OF RIGHT TO HAVE APPOINTED COUNSEL by John W. Frazier (JM) (Entered: 12/13/2017) |
| 12/13/2017 | 6 | | Warrant Returned Executed on 12/13/2017 in case as to John W. Frazier (JM) (Entered: 12/13/2017) |
| 12/13/2017 | | | Proceedings held before Magistrate Judge H. Brent Brennenstuhl: Initial Appearance in Rule 5(c)(3) Proceedings as to John W. Frazier held on 12/13/2017 (Court Reporter: Digitally Recorded.) (JM) (Entered: 12/18/2017) |
| 12/18/2017 | 7 | 8 | ORDER by Magistrate Judge H. Brent Brennenstuhl on 12/18/2017 as to John W. Frazier: Defendant is remanded to the custody of the U.S. Marshal Service pending his transfer to the Southern District of Illinois. cc: counsel, USM (via fax), USDC− ILSD (JM) (Entered: 12/18/2017) |

Case 4:17-mj-00026-IBB Document 2 Filed 12/18/17 Page 3 of 9 Page ID #22

FILED

DEC 12 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 17-30202-MJR |
| Plaintiff, ) | |
| ) | Title 18, |
| vs. ) | United States Code, |
| ) | Sections 2422(b), 2423(b) |
| JOHN W. FRAZIER, ) | |
| ) | |
| Defendant ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### ENTICEMENT OF A MINOR

From on or about November 2, 2017 to November 7, 2017, in Madison County, Illinois, within the Southern District of Illinois,

**JOHN W. FRAZIER,**

defendant herein, using a facility and means of interstate commerce, that is Facebook, did knowingly persuade, induce, or entice an individual who had not attained the age of 18 years to engage in any sexual activity for which the defendant could be charged with a criminal offense under Illinois law, being Aggravated Criminal Sexual Abuse, in violation of 720 ILCS 5/11-1.60(d), or attempted to do so, all in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

#### TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT

On or about November 7, 2017, in Madison County, Illinois, within the Southern District

of Illinois, and the State of Kentucky,

## JOHN W. FRAZIER,

defendant herein, did knowingly travel in interstate commerce from Kentucky to Madison County, Illinois, for the purpose of engaging in illicit sexual conduct, that being a sexual act as defined in section 2423(f)(1), with a person under 18 years of age, all in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL

_[signature]_
LAURA REPPERT
Assistant United States Attorney

_[signature]_
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S CONSENT TO |
| vs. | ) | APPEAR BY VIDEO |
| | ) | TELECONFERENCE |
| JOHN W. FRAZIER | ) | |
| | ) | Case No. 4:17MJ-00026-HBB |
| Defendant | ) | |

*FILED*
*VANESSA L. ARMSTRONG, CLERK*
*DEC 13 2017*
*U.S. DISTRICT COURT*
*WEST'N. DIST. KENTUCKY*

You will be appearing before a federal judge at the United States District Court. The courthouse is equipped with video teleconferencing equipment which permits you to see and speak with the Judge by video teleconference rather than appearing in person. You have the right to appear in person before a Judge or you can waive that right and consent to a hearing by video teleconference. By signing this form you are giving your consent to allow the court proceedings or hearings (the Initial Appearance and Arraignment) to be conducted by video teleconference.

I understand that by signing this form, I am providing my consent for court proceedings to be conducted by video teleconference as provided for in Rules 5 and 10 of the Federal Rules of Criminal Procedure. This consent is provided freely and voluntarily and no threats or promises have been made to compel me to sign this form.

Dated: 12/13/2017

_____
Defendant

_____
Defendant's Attorney (if applicable)

5

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:17MJ-00026-HBB |
| | ) | |
| JOHN W. FRAZIER | ) | Charging District's Case No. 17-30202-MJR |
| *Defendant* | ) | |

FILED
VANESSA L. ARMSTRONG, CLERK
DEC 13 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____
SOUTHERN DISTRICT OF ILLINOIS at East St. Louis _____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☒ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12.13.17

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Pat FLAHERTY
*Printed name of defendant's attorney*

6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

UNITED STATES OF AMERICA )
)
PLAINTIFF )  Criminal Action No. 4:17MJ-00026-HBB
v. ) H. BRENT BRENNENSTUHL
) Magistrate Judge
)
JOHN W. FRAZIER )
)
DEFENDANT )
)

FILED
VANESSA L. ARMSTRONG, CLERK
DEC 13 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## WAIVER OF RIGHT TO HAVE APPOINTED COUNSEL

The undersigned acknowledges that he has been informed by the Court of the charges against him and the nature of the proceedings before the Court, of his right to be represented by counsel throughout the case, and of his right to have counsel appointed to represent him if he is financially unable to obtain counsel, all of which he understands. The undersigned now states to the Court that he does not desire to have counsel appointed to represent him and waives such appointment.

Dated this 13th day of December, 2017.

_____
DEFENDANT

_____
WITNESS

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF ) | Criminal Action No. 4:17mj-00026-HBB |
| v. ) | H. BRENT BRENNENSTUHL, |
| ) | Magistrate Judge |
| JOHN W. FRAZIER ) | |
| ) | |
| DEFENDANT ) | |

## ORDER

On the 13th day of December, 2017, this action came before the undersigned upon Defendant's initial appearance after execution of an arrest warrant issued by the Southern District of Illinois, Case Number: 17-30202-MJR. There appeared the Defendant, John W. Frazier, in custody, in Owensboro, and represented by retained counsel Patrick T. Flaherty. Assistant United States Attorney A. Spencer McKiness was present, via telephone, for the United States of America. The proceedings were digitally recorded. The Defendant executed a Consent to Appear by Video Teleconference.

The Defendant acknowledged receipt of the Indictment and acknowledged an understanding of the charges contained therein. The Defendant was advised of his Constitutional rights including his right to be represented by counsel. The Defendant advised he was retaining Mr. Flaherty and executed a Waiver of Right to Have Appointed Counsel.

1

Counsel for the United States advised the United States is seeking detention in this matter. The Defendant was advised of his right to have a detention hearing in this district or to have the hearing conducted in the Southern District of Illinois.

The Defendant was advised of his rights with respect to Rule 5.1 proceedings. The Defendant, by counsel, advised he waives his right to a detention hearing in this district and requests that his detention hearing be conducted in the Southern District of Illinois. The Defendant executed a Waiver of Rule 5 and 5.1 Hearings to that effect.

**IT IS THEREFORE ORDERED** the Defendant is remanded to the custody of the United States Marshal Service pending his transfer to the Southern District of Illinois.

ENTERED this  December 18, 2017

*H. Brent Brennenstuhl*
H. Brent Brennenstuhl
United States Magistrate Judge

Copies to:    Counsel of Record
              United States Marshal Service
              United States Probation
              US District Court, Southern District of Illinois

0|09

2

9