IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
[ ] Benton   [x] East St. Louis

[ ] Initial Appearance   [ X ] Arraignment   [ X ] Detention Hearing

**CRIMINAL NO.** 17-30202-MJR   **DATE**: 12/27/17
U.S.A. vs. JOHN W. FRAZIER   **JUDGE:** STEPHEN C. WILLIAMS
[ X ] Present   [ X ] Custody   [ ] Bond   **DEPUTY**: ANGIE VEHLEWALD
**DEFT. COUNSEL:** ETHAN SKAGGS
[ X ] Present   [ X ] Apptd.   [ ] Retained   [ ] Waived   **REPORTER**: LIBERTY RECORDING
**GOVT. COUNSEL**: LAURA REPPERT   **Start Time:** 9:30 AM
 **INTERPRETER:**

[ X ] Counsel Request, Federal Public Defender appointed for all further proceedings
[ X ] Defendant waives reading of Indictment.   [ ] Indictment read to defendant
[ X ] Defendant advised of constitutional rights.   [ X ] Defendant advised of charges and penalties.
[ X] Defendant arraigned on [ X ] Indictment   [ ] Information

[ X ] Plea: [ ] Guilty as to Count(s) _____.
 [ X ] Not Guilty as to Count(s) 1and 2 _____.
 [ ] Nolo Contendere as to Count(s) _____.
[ X ] Order for Pretrial Discovery and Inspection entered, filed and distributed.
[ ] Final pretrial conference set
[X ] Jury Trial set January 29, 2017 at 9:00 am before Chief Judge Reagan
[ ] Bond set   (Conditions as stated on Order Setting Conditions of Release.)
[ ] Detention hearing waived
[ X ] Defendant remanded to custody of U.S. Marshal.
[ ] Order of Detention previously entered to remain in full force and effect.

---

[ ] Date of arrest _____
*[ ] No further notice will be given