# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 11/11)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: USA v. Frazier
FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): John W. Frazier

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge:
District Court: 17-30202
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): 18-2422(b), 18-2423(b) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
- Name and address of employer: 
- IF YES, how much do you earn per month? $
- IF NO, give month and year of last employment? Nov. 2017
- How much did you earn per month? $ 200/month
- If married, is your spouse employed? ☐ Yes ☐ No
- IF YES, how much does your spouse earn per month? $
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, give the amount received and identify the sources: RECEIVED $829/month SOURCES workers comp.

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, total amount? $ 1900.00 estimated

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- VALUE / DESCRIPTION
- $ 100 / 87 dodge dakota - not running
- $ 300 / 78 Honda Goldwing - not running

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ Single, Married, Widowed, Separated or Divorced
Total No. of Dependents: 0
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)
| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| utilities | $ | $ 400.00 |
| credit card | $ | $ 29.00 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 12-27-17